1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

IN RE:  STEVEN WAYNE BONILLA

No. 2:23-cv-02342-TLN-KJN

12

No. 2:23-cv-02343-TLN-KJN

13

No. 2:23-cv-02344-TLN-KJN

14

No. 2:23-cv-02345-TLN-KJN

15

No. 2:23-cv-02346-TLN-KJN

16

No. 2:23-cv-02364-TLN-KJN

17

No. 2:23-cv-02365-TLN-KJN

18

No. 2:23-cv-02366-TLN-KJN

19

No. 2:23-cv-02367-TLN-KJN

20

No. 2:23-cv-02368-TLN-KJN

21

**ORDER**

22

23

24

        Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25

above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26

litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27

proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28

Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

1  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

2  the Court to open a new case for each attempted new case pleading and assign it to the

3  undersigned and Magistrate Judge Kendall J. Newman.  (*Id.* at ECF No. 26).  If the Court

4  determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case

5  will be ordered dismissed and closed.  (*Id.*)

6        The Court has reviewed the complaints/petitions filed in the above-captioned cases and

7  finds they are related to Plaintiff's Alameda County criminal conviction.

8        Accordingly, the complaints/petitions in Case Nos 2:23-cv-02342, 2:23-cv-02343, 2:23-

9  cv-02344, 2:23-cv-02345, 2:23-cv-02346, 2:23-cv-02364, 2:23-cv-02365, 2:23-cv-02366, 2:23-

10  cv-02367 and 2:23-cv-02368 are hereby DISMISSED.  The Clerk of the Court is directed to close

11  these cases.  No further filings will be accepted.

12        IT IS SO ORDERED.

13     Dated:    December 18, 2023

14

15

16

17        Troy L. Nunley
      United States District Judge

18

19

20

21

22

23

24

25

26

27

28